United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **YONNET RAFAEL VILLARROEL RAMOS,** § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00092 |
| **KRISTI NOEM,** *et al.*, § § § | |
| Respondents. § | |

# ORDER

Pending before the Court is Yonnet Rafael Villarroel Ramos's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Based on the record currently before the Court, an order for removal was issued against Petitioner on January 3, 2026, and Petitioner has not filed an administrative appeal of that removal order or a motion to reopen removal proceedings. (*See* Dkt. 11.)

Given this, the Court requests Petitioner to inform the Court whether he has filed an administrative appeal or a motion to reopen by **February 13, 2026**. If the Court does not receive a response, the Court may not have enough information to decide how to proceed.

The Court asks Petitioner to provide answers to the below questions:

1. Has Petitioner filed an administrative appeal with the Board of Immigration Appeals? If yes, please provide the date and whether the BIA has said they have received the appeal.

2. Has Petitioner filed a motion to reopen his immigration proceedings? If yes, please provide the date the motion was filed.

Petitioner may send the response by email to Veronica_Caballero@txs.uscourts.gov or by mail to the following address:

**Clerk of Court**
**1300 Victoria St., Ste. 1131**
**Laredo, TX 78040**

A noncitizen who receives an order of removal from an Immigration Judge has the right to appeal that decision to the Board of Immigration Appeals (BIA). An appeal to the BIA must typically be received by the BIA within 30 days of the Immigration Judge's decision. 8 C.F.R. § 1003.38(b). If an appeal is not filed by that date, the removal order may become final.

An appeal to the BIA is initiated by filing a Notice of Appeal (Form EOIR-26) with the BIA. The form and instructions are available through the Executive Office for Immigration Review (EOIR).[1] The appeal must be filed in accordance with the instructions on the form and applicable regulations, including any filing fee or fee waiver requests.

Alternatively, a noncitizen may also file a Motion to Reopen (MTR). The MTR is filed with the Immigration Court that issued the removal order or, if an appeal has already been filed, with the BIA. Generally, the MTR must be filed within 90 days of the Immigration Judge's removal order.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**8625 Hickory St.**
**Apt 1323**
**Frisco, TX 75034**

**Yonnet Rafael Villarroel Ramos**
**A # 244-807-631**

---

[1] The general instructions can be accessed online at: https://www.justice.gov/eoir/media/1345241/dl?inline. The Form EOIR-26 can be accessed online at: https://www.justice.gov/eoir/media/1344261/dl?inline.

**Webb County Detention Center**
**1002 BOB Bullock Loop**
**Laredo, TX 78043**

The Clerk of Court is also DIRECTED to send a copy of this Order to the following email addresses: lelisadrianarv@hotmail.com as well as jhonathanrramos@hotmail.com and jhonathanrramos@gmail.com.

IT IS SO ORDERED.

SIGNED this January 30, 2026.

                                                  Diana Saldaña
                                                United States District Judge