Case 5:26-cv-00092   Document 16   Filed 02/05/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **YONNET RAFAEL VILLARROEL RAMOS,** § § § | |
| Petitioner, § § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00092** |
| § § | |
| **KRISTI NOEM,** *et al.*, § § | |
| Respondents. § | |

## ORDER

On January 30, 2026, the Court Ordered Yonnet Rafael Villarroel Ramos ("Petitioner") to inform the Court whether he filed an administrative appeal with the Board of Immigration Appeals ("BIA"). (Dkt. 14.) On February 1, 2026, the Court received an email in response, where Petitioner stated that he filed an administrative appeal on January 30, 2026, and was awaiting confirmation of receipt from the BIA. (Dkt. 15.)

Respondents are **ORDERED** to inform the Court whether the Petitioner's appeal was received by the BIA prior to the appeal deadline or whether his removal order has been converted into a final order of removal. No later than **February 9, 2026, at 5:00 P.M. Central Standard Time (CST)**, the Respondents shall provide the Court with a status update of Petitioner's appeal.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**8625 Hickory St.
Apt 1323
Frisco, TX 75034**

**Yonnet Rafael Villarroel Ramos**
**A # 244-807-631**
**Webb County Detention Center**
**1002 BOB Bullock Loop**
**Laredo, TX 78043**

The Clerk of Court is also DIRECTED to send a copy of this Order to the following email addresses: lelisadrianarv@hotmail.com as well as jhonathanrramos@hotmail.com and jhonathanrramos@gmail.com.

IT IS SO ORDERED.

SIGNED this February 5, 2026.

Diana Saldaña
United States District Judge