United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **YONNET RAFAEL VILLARROEL RAMOS,** § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00092 |
| **KRISTI NOEM,** *et al.*, § § | |
| Respondents. § § | |

## ORDER

Petitioner's Petition for Writ of Habeas Corpus raises the claim that Petitioner's current detention under 8 U.S.C. § 1225 without an individualized assessment of Petitioner's flight risk and dangerousness violates Petitioner's due process rights under the Fifth Amendment. Similar arguments have been addressed by courts in this circuit. *See Vieira v. De Anda-Ybarra*, 2025 WL 2937880, at *6 (W.D. Tex. Oct. 16, 2025).

Respondents are **ORDERED** to respond to Petitioner's due process claim by **February 17, 2026**. Should Petitioner choose to file a reply to Respondent's supplemental response, Petitioner must do so by **February 20, 2026**.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the address indicated in Petitioner's most recent filing.

IT IS SO ORDERED.

SIGNED this February 10, 2026.

_____
Diana Saldaña
United States District Judge