UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **YONNET RAFAEL VILLARROEL RAMOS,** § § § § § § § § § § § | |
| Petitioner, | |
| VS. | CIVIL ACTION NO. 5:26-CV-00092 |
| **KRISTI NOEM,** *et al.*, | |
| Respondents. | |

## ORDER

The Court ordered Respondents to provide supplemental briefing on *pro se* Petitioner's due process claims by February 17, 2026, and permitted Petitioner to file a reply by February 20, 2026. (Dkt. 20.) After Respondents filed a timely response, the Court received an email from Petitioner on February 20, 2026, in reply to Respondents' supplemental briefing. (Dkt. 22.) The Clerk of Court is DIRECTED to docket the email as Petitioner's reply.

IT IS SO ORDERD.

SIGNED this February 20, 2026.

Diana Saldaña
United States District Judge